# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Anthony J. Rankine, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00049-KDB-DCK |
| vs. | |
| James Michael Page, et al | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 4, 2021 Order.

March 4, 2021

Frank G. Johns, Clerk
United States District Court